United States District Court
Middle District of Florida
Jacksonville Division

**UNITED STATES OF AMERICA**

**v.** **NO. 3:26-mj-1380-LLL**

**VLADISLAV VITALIEVICH CHERNYSHOV**
**STANISLAV VITALIEVICH CHERNYSHOV**

---

## Clerk's Minutes

Proceeding: Initial Appearance (Rule 5- Eastern District of Virginia)

| | | | |
|---|---|---|---|
| Judge | Laura Lothman Lambert<br>United States Magistrate Judge | Date and Time | 8/28/2026<br>2:11 p.m. – 2:22 p.m. |
| Deputy Clerk | Natasa Kojic | Tape/Reporter | Digital |
| Counsel for United States | Rodney Brown, Assistant United States Attorney | Counsel for Defendant | Aaron Makofka, Esquire |
| Interpreter | Nataliia Worrell/Russian | Pretrial | Ben Felder |

Defendants informed the Court that they are fluent in the English language and do not need an interpreter; the interpreter was excused.

Court requested presence of counsel, Tim Jones, Esquire is present.

Defendants arrested on a warrant issued out of the Eastern District of Virginia.

Defendants advised of rights and charges.

Retained counsel for defendant Vladislav Chernyshov, Arron Makofka, Esquire, advised the Court that the defendant desires to waive his right to an identity hearing.

Defendant placed under oath and questioned regarding waiving such rights.

Waiver of Rule 5(c)(3) Hearings executed in open court.

**[Continued to Page Two]**

---

The Court finds that the defendant Vladislav Chernyshov knowingly, intentionally, voluntarily, and freely waived his right to an identity hearing.

Defendant Stanislav Chernyshov informed the Court that he intends to also retain private counsel.

United States' oral motion for detention under 18 U.S.C. § 3142(f)(1)(C) and (f)(2)(A).

United States' oral motion to continue the detention hearing, with no objection from the defendants, is **granted.**

Detention hearings set for **Wednesday, September 2, 2026, at 2:00 p.m.** before United States Magistrate Judge Laura Lothman Lambert in Courtroom 5D.

**Order of Temporary Detention to enter.**