United States District Court
Middle District of Florida
Jacksonville Division

**UNITED STATES OF AMERICA**

**v.** **NO. 3:26-mj-1380-LLL**

**VLADISLAV VITALIEVICH CHERNYSHOV**
**STANISLAV VITALIEVICH CHERNYSHOV**

---

## Clerk's Minutes

Proceeding: Detention Hearing (Rule 5- Eastern District of Virginia)

| | | | |
|---|---|---|---|
| Judge | Laura Lothman Lambert<br>United States Magistrate Judge | Date and Time | 9/2/2026<br>1:55 p.m. – 2:14 p.m. |
| Deputy Clerk | Natasa Kojic | Tape/Reporter | Digital |
| Counsel for United States | Rodney Brown, Assistant United States Attorney | Counsel for Defendant V. Chernyshov | Aaron Makofka, Esquire |
| Interpreter | None Required | Pretrial | Ben Felder |

S. Chernyshov reports that he has not yet retained counsel, but is making efforts to do so.

Defendants questioned as to how they wish to proceed with regard to their detention hearing.

Mr. Makofka advised the Court that V. Chernyshov desires to waive his right to an identity hearing; he requests that his detention and preliminary hearings be held in in the Eastern District of Virginia.

S. Chernyshov also wishes to waive his right to an identity hearing and requests that his detention and preliminary hearings be held in the Eastern District of Virgina.

Defendants placed under oath and questioned regarding waiving such rights.

Waiver of Rule 5.1 Hearings executed in open court.

The Court finds that defendants knowingly, intelligently, voluntarily, and freely waived their right to an identity hearing. Their preliminary hearings will be held in the charging district.

**Order to enter.**

Defendants are detained and shall be transported to the Eastern District of Virginia.

**Order of Commitment to enter.**

Future hearings to be set by Magistrate Judge and/or District Judge in charging district.

**Filed in Open Court:**
**Waiver of Rule 5(c)(3) Hearings**